# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRANDI STANDRIDGE, and KENYA PHILLIPS,**<br><br>        **Plaintiffs,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>        **Defendant.** | **8:03CV437** |
| **JACKIE FITZGERALD,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>        **Defendant.** | **8:04CV188**<br><br>(3:03CV283 - D. Or.) |
| **SAMANTHA BRAND,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>        **Defendant.** | **8:04CV231**<br><br>2:03CV3935 (W.D. Wash.) |
| **KENYA PHILLIPS,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>       **Defendant.** | **8:04CV224**<br><br>(2:03CV4237 - W.D. Mo.) |

**CONSOLIDATION ORDER**

A Rule 16 planning conference was held on July 29, 2004. Roberta Riley, Michael Schleich and Rex Sharp appeared for plaintiffs; Tim Mikula, Donald Munro and Brian McGrath appeared for defendants; and Bill Oakes appeared on behalf of the Union Pacific Board of Trustees.

The parties' Rule 26(f) planning report has been filed at Filing No. 110 in Case No. 8:03CV437. During the conference, counsel agreed that these class actions should be consolidated, but did not agree on the proper way to consolidate the cases.[1] They did agree to leave the matter to the court's discretion without prejudice to raising the issue at a later date.

Because virtually all the discovery and substantive activity has occurred in Case No. 8:04CV224, I find that **Case No. 8:04CV224,** *Standridge, et al. v. Union Pacific Railroad Company*, should be designated as lead case, without prejudice to reconsideration of this decision at a later date.

**IT THEREFORE IS ORDERED:**

1. The above-captioned actions are hereby consolidated into one action pursuant to Fed. R. Civ. P. 42(a).

2. The Master File for the consolidated action shall be *Standridge, et al. v. Union Pacific Railroad Company*, 8:03CV437.

---

[1] The dispute is summarized in paragraph 1(c) at page 3 of the parties' Rule 26(f) planning report.

3. The Clerk shall record the appearances of all active counsel from Cases Nos. 8:04CV188, 8:04CV231 and 8:04CV224 in the Master File, 8:03CV437.

4. All pleadings shall be filed in Case No. 8:03CV437.

5. Cases Nos. 8:04CV188, 8:04CV231 and 8:04CV224 shall be terminated for statistical purposes only, without prejudice to reopening Case No. 8:04CV224, *Phillips v. Union Pacific Railroad Company*, upon proper motion at a later date.

6. Every document filed in the Consolidated Action shall have the following caption:

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **8:03CV437** |
| **UNION PACIFIC RAILROAD** | ) | |
| **EMPLOYMENT PRACTICES** | ) | **(MDL No. 1597)** |
| **LITIGATION** | ) | |

7. The Clerk shall amend the caption in the Master File, i.e., Case No. 8:03CV437, to comply with paragraph 6, above.

**DATED July 30, 2004.**

                                       **BY THE COURT:**

                                       **s/ F.A. Gossett**
                                       **United States Magistrate Judge**