IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | 8:03CV437 |
| | ) | |
| UNION PACIFIC RAILROAD EMPLOYMENT PRACTICES LITIGATION | ) ) ) ) | (MDL No. 1597) ORDER |

This matter is before the Court on Defendant Union Pacific Railroad Company's Unopposed Motion to Extend Time to Respond to the Plaintiffs' Motion for Partial Summary Judgment (Filing No. 188). The Court finds good cause for an extension of time, and that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. Defendant Union Pacific Railroad Company's Unopposed Motion to Extend Time to Respond to the Plaintiffs' Motion for Partial Summary Judgment (Filing No. 188) is granted; and

2. Defendant Union Pacific Railroad Company shall file its response to the Plaintiffs' Motion for Partial Summary Judgment on or before Wednesday, June 1, 2005.

Dated this 19th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge