# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **8:03CV437** |
| **UNION PACIFIC RAILROAD** | ) | |
| **EMPLOYMENT PRACTICES** | ) | **(MDL No. 1597)** |
| **LITIGATION** | ) | |

Upon review of the papers,

**IT IS ORDERED** that plaintiff's Motion to File Documents Under Seal (#191) is granted. The Clerk shall seal Defendant Union Pacific Railroad's Opposition to Plaintiffs' Motion for Partial Summary Judgment and Index of Exhibits in Support of Defendant Union Pacific Railroad's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

**DATED June 1, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**