IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  8:03CV437 |
| | ) | MDL NO.   1597 |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| EMPLOYMENT PRACTICES | ) | |
| LITIGATION | ) | |

This matter is before the Court on the Motion for Leave to File Brief Amici Curiae (Filing No. 184). There has been no objection to the motion. Accordingly,

IT IS ORDERED:

1. The Motion for Leave to File Brief Amici Curiae (Filing No. 184) is granted; and

2. Counsel for Amici Curiae is directed to separately file the brief that was previously provided as an attachment to the motion.

DATED this 13th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge