IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 8:03CV437 |
| | ) | MDL No. 1597 |
| UNION PACIFIC RAILROAD | ) | |
| EMPLOYMENT PRACTICES | ) | |
| LITIGATION. | ) | **ORDER** |

This matter is before the court pursuant to the United States District Judge Laurie Smith Camp's July 22, 2005 Order (#207).  Therefore,

**IT IS ORDERED:**

1. A scheduling conference will be held on **Monday, August 15, 2005 at 10:00 A.M.,** before the undersigned magistrate judge, in his chambers, Suite 2210, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of discussing a briefing schedule and possible evidentiary hearing on the issues of injunctive relief, damages, and attorney fees.

2. Counsel who wish to participate by telephone should so notify opposing counsel, and then the court at (402) 661-7340, as to who will be initiating the conference call.

Dated this 26th day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge