IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 8:03CV437 |
| **UNION PACIFIC RAILROAD** | ) | |
| **COMPANY EMPLOYMENT** | ) | (MDL No. 1597) |
| **PRACTICES LITIGATION** | ) | |

    This matter is before the court on the parties' Joint Stipulation (#210) to modify the schedule set in the court's July 12, 2005 order (#206). For good cause shown, I find that the motion should be granted.

    **IT IS ORDERED** that the stipulation (#210) is granted, as follows:

    1. The parties are given until September 30, 2005, to take depositions of the following persons:

        a. Grant Burnell, Teresa Moody, and Kathy Karnowksi (identified as potential witnesses in connection with Jackie Fitzgerald's individual claim)

        b. Up to two employees of defendant Union Pacific Railroad Employes Health Systems ("UPREHS"), chosen by plaintiffs in consultation with counsel for UPREHS; and

        c. Any individual who submits a declaration in connection with a summary judgment brief and has not already been deposed in this action.

    2. Defendants are given until October 30, 2005 to depose James Winde, M.D., and any damages witnesses disclosed by plaintiff Jackie Fitzgerald in her individual claim. If either defendant determines that the deposition of Dr. Winde is necessary to its response to plaintiff's motion for summary judgment, it may request a delay in the briefing schedule to take his deposition.

    3. The parties may file responsive briefs to motions for summary judgment by September 30, 2005, or two weeks after receipt of transcripts of all of the depositions taken of individuals identified in paragraph 1 above, whichever is later.

    **DATED August 1, 2005.**

                          **BY THE COURT:**

                          **s/ F.A. Gossett**
                          **United States Magistrate Judge**