# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **In re:** | ) | **8:03CV437** |
| | ) | |
| **UNION PACIFIC RAILROAD** | ) | **(MDL No. 1597)** |
| **EMPLOYMENT PRACTICES** | ) | |
| **LITIGATION** | ) | **ORDER** |

     **IT IS ORDERED** that Filing No. 211 shall be stricken from the record because the CM/ECF System did not generate the required notices. The document has been refiled and notices were sent.

     **DATED August 1, 2005.**

                                   **BY THE COURT:**

                                   s/ F.A. Gossett
                                   **United States Magistrate Judge**