IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 8:03cv437 |
| UNION PACIFIC RAILROAD | ) | MDL 1597 |
| EMPLOYMENT PRACTICES | ) | |
| LITIGATION . | ) | **ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were R. Sharp, B. Frankland, K. Reese, R. Riley, M. Schleich, D. Munro, B. McGrath, and T. Mikula. After reviewing the remaining issues in the case and by the agreement of counsel,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **September 13, 2005 at 11:00 A.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, the court requests that counsel for plaintiffs make the necessary arrangements for counsel and the court to participate by telephone conference.

Dated this 1st day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge