IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 8:03cv437 |
| ) | |
| UNION PACIFIC RAILROAD ) | |
| COMPANY EMPLOYMENT ) | **ORDER** |
| PRACTICES LITIGATION ) | |

THIS MATTER came before the court for a continued Rule 16 planning conference. Appearing telephonically were: B. Frankland, K. Reese, R. Sharp, and R. Riley on behalf of the plaintiffs, and D. Munro and T. Mikula, on behalf of the defendants. After reviewing the status of the case and for good cause,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **September 21, 2005 at 3:00 P.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. For the convenience of counsel, the conference may be conducted by telephone, and the court requests that plaintiffs make the conference call arrangements.

Dated this 15th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge