IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  8:03CV437 |
| | ) | MDL NO.    1597 |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| EMPLOYMENT PRACTICES | ) | |
| LITIGATION | ) | |

This matter is before the Court on parties' stipulation to extend the deadlines for briefing related to the Plaintiffs' application for attorney's fees and non-taxable expenses. I have reviewed the motion, and I find that it should be approved. Accordingly,

IT IS ORDERED:

The parties' Stipulation (Filing No. 257) regarding the extension of deadlines for briefing related to the Plaintiffs' application for fees and non-taxable expenses is approved, and the relief requested therein shall be granted as follows:

a. Defendants shall file their briefs and evidence, if any, on or before December 20, 2005; and

b. Plaintiffs shall file their reply brief, if any, on or before January 17, 2006.

DATED this 8th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge