# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **8:03CV437** |
| **UNION PACIFIC RAILROAD** | ) | |
| **EMPLOYMENT PRACTICES** | ) | **(MDL No. 1597)** |
| **LITIGATION** | ) | |

Upon review of the papers,

**IT IS ORDERED** that defendant's MOTION TO FILE DOCUMENTS UNDER SEAL (#259) is granted. The Clerk shall seal the documents designated in defendant's Motion..

**DATED December 21, 2005.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**