IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 8:03CV437 |
| | ) | MDL NO. 1597 |
| | ) | |
| UNION PACIFIC RAILROAD EMPLOYMENT PRACTICES LITIGATION | ) ) ) | ORDER |

This matter is before the Court on the parties' stipulation to extend the Plaintiffs' deadline for filing their reply brief in support of the application for attorney's fees and non-taxable costs. I have reviewed the stipulation, which was on file before the previously-set deadline expired, and I find that it should be approved. Accordingly,

IT IS ORDERED:

The parties' Stipulation (Filing No. 263) regarding the extension of the Plaintiffs' deadline for filing their reply brief is approved. Plaintiffs shall file their reply brief on or before Monday, January 30, 2006.

DATED this 18th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge