# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **In re:** ) | |
| ) | **8:03CV437** |
| **UNION PACIFIC RAILROAD** ) | |
| **EMPLOYMENT PRACTICES** ) | **(MDL No. 1597)** |
| **LITIGATION** ) | |

Plaintiffs have filed a Motion for Transcript (#273) of the hearing held on February 10, 2005 before the undersigned. Good cause having been shown, the request will be granted subject to the receipt of a deposit of $193.60 made to the Clerk of the United States District Court.

**IT IS ORDERED** that, upon the receipt of a deposit of $193.60, an expedited transcript of the hearing held on February 10, 2005, will be ordered. The requesting party will be required to pay any cost exceeding the $193.60 estimate.

**DATED this 15th day of March, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**