# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **8:03CV437** |
| **UNION PACIFIC RAILROAD** | ) | |
| **EMPLOYMENT PRACTICES** | ) | **(MDL No. 1597)** |
| **LITIGATION** | ) | |

On March 14, 2006, counsel for the plaintiffs filed a Request for Transcript [273]. An order was done on March 15, 2006 requiring plaintiff to put a deposit on file with the Clerk. On March 15, 2006, the Clerk of the US District Court received a check from plaintiff's counsel Roberta N. Riley. One March 16, 2006, the Clerk of the US District Court received a check from plaintiff's counsel Michael L. Schleich. Because the payment in the full amount was received on March 15, 2006 , the Clerk is ordered to return to plaintiff's counsel Michael L. Schleich the amount of $193.60.

**IT IS SO ORDERED**.

**DATED this 13th day of June, 2006.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**