# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-1706

In re: Union Pacific Railroad Employment Practices Litagation,

------------------------------

Brandi Standridge, on behalf of herself and all others similarly situated and Kenya Phillips, on behalf of herself and all others similarly situated,

Appellees

and

Jackie Fitzgerald, an Oregon resident, on behalf of herself and all others similarly situated and Samantha Brand, a Washington resident, on behalf of herself and all others similarly situated,

v.

Union Pacific Railroad Company,

Appellant

and

The Board of Trustees of Union Pacific Employees Health Service,

------------------------------

American College of Obstetricians and Gynecologists and U.S. Women's Chamber of Commerce,

Amici on Behalf of Appellee

------------------------------

Equal Employment Advisory Council and Chamber of Commerce of the United States,

Amici on behalf of Appellant

Olympia J. Snowe, et al.,

Amici on Behalf of Appellee

Appeal from District of Nebraska - Omaha
(8:03-cv-00437-LSC)

**JUDGMENT**

  This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

  After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

                March 15, 2007


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Michael E. Gans