# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO. 8:03CV437** |
| | ) | **(MDL 1597)** |
| **UNION PACIFIC RAILROAD** | ) | |
| **EMPLOYMENT PRACTICES** | ) | **JUDGMENT** |
| **LITIGATION,** | ) | |

In accordance with and for the reasons provided in the opinion and judgment of the United States Court of Appeals for the Eighth Circuit dated March 15, 2007, and the corresponding mandate dated June 18, 2007; and the judgment of the United States Court of Appeals for the Eighth Circuit dated May 22, 2007, and the corresponding mandate dated June 18, 2007,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

Judgment is entered in favor of defendant Union Pacific Railroad Company on all Plaintiffs' claims for relief that were not previously dismissed by this Court.

DATED this 19th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge